CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 9 2006

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KAREN SUE JAMES, ) | |
| Petitioner, ) | Civil Action No. 7:06-CV-00258 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Glen E. Conrad |
| Respondent. ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

### ORDERED

that respondent's motion to dismiss shall be and hereby is **GRANTED**, and petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and counsel of record for respondent.

ENTER: This 8th day of August, 2006.

_____
United States District Judge